## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JODY BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3032 |
| | ) | |
| v. | ) | |
| | ) | |
| C.R. ENGLAND, INC., a Utah | ) | MEMORANDUM AND ORDER |
| corporation, and CHARLES A. | ) | |
| WALLACE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on its own motion. The court file discloses that the complaint in this case was filed on March 9, 2011. There has been no filing indicating the defendants have been served, and the defendants have not voluntarily appeared.

IT IS THEREFORE IS HEREBY ORDERED that:

On or before August 22, 2011, the plaintiff shall show cause why this case should not be dismissed for failure to comply with Fed. R. Civ. P. 4(m), and/or for failure to prosecute, in the absence of which this case may be dismissed without further notice.

DATED this 8th day of August, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge